UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RACHEL M. ROLAND, | : | Case No. 1:15-cv-00325-KLL |
| Plaintiff, | : | |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| CONVERGYS CUSTOMER MANAGEMENT GROUP INC., CONVERGYS CORPORATION, | : | |
| Defendants. | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR PERMISSION FOR CLASS COUNSEL
TO APPEAR BY TELEPHONE AT FINAL FAIRNESS HEARING**

AND NOW, upon consideration of Plaintiff's Motion for Permission for Class Counsel to Appear by Telephone at the Final Fairness Hearing (the "Motion"), it is hereby ORDERED that Plaintiff's counsel is permitted to attend telephonically.

Dated: 3/8/17

Karen L. Litkovitz
United States Magistrate Judge